## *LIST OF CREDITORS*

Brick City Development
111 Mulberry Street
Newark, NJ 07102
Attn: Kevin Seawright
$750,000.00

Mitchell Cahn
68 Speir Drive
South Orange, New Jersey 07079
$471,328.00

Harris Cahn
P.O. Box 4060
Aspen, Colorado   81612
$200,000.00

City of Newark
Division of Tax Abatement
920 Broad Street – Room B-26
Newark, NJ  07102
Attn: Juanita Jordan
$159,573.00

Unite Here National Retirement Fund
333 Westchester Avenue
White Plains, NY   10604
Attn: David Sapp
$194,263.82

RZP NJ, LLC
305 Third Avenue West
Newark, NJ  07107
Attn: Kenneth Kurzer
$97,947.68

Carr Textile
243 Wolfner Drive
Fenton, MO  63026
Attn: Sandy Rolens
$53,881.22

Gerald Schwartz Inc.
4611 Greer Circle – Unit C
Stone Mountain, GA  30083
Attn:  Gerald Schwartz
$30,205.14

Ethix Ventures Inc.
9 Main Street – Suite 3C
Sutton, MA  01757
Attn:  Terry Moss
$25,625.34

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA  19170
Attn:  A/R
$16,279.30

Salesforce
P.O. Box 203141
Dallas, TX  75320
Attn:  Kevin Jordan
$16,181.00

Milliken & Co.
P.O. Box 7247-8959
Philadelphia, PA  19170
Attn:  Chuck Ruppert
$14,578.92

The Kurzer Group
2 Prospect Village Plaza
Clifton, NJ  07013
Attn:  Kenny Kurzer
$13,852.30

Star Embroidery
305 Third Avenue West
Newark, NJ  08836
Attn:  Dean Gannett
$13372.17

Fed Ex Freight
P.O. Box 223125
Pittsburgh, PA 15251
Attn: A/R
$16,785.39

Worldwide Express
333 Cedar Avenue
Building B – Suite 7
Middlesex, NJ 08846
Attn: Dana Ryan
$10,608.51

First Performance Fabrics
25 West 45th Street
New York, NY 10036
Attn: Stuart Lerman
$9,170.05

Financialforce.com
595 Market Street – Suite 2700
San Francisco, CA 94105
Attn: Aneri Shah
$6,975.00

Maypak Inc.
5 Mansard Court
Wayne, NJ 07470
Attn: Paul Polumbo
$6,850.68

Prestige Impex
3640 Walnut Grove Lane
Cumming, GA 30041
Attn: Kul Deep
$6,769.83

The Killian Firm, P.C.
555 Route 1 South – Suite 430
Iselin, NJ 08830
Attn: Ron Brutell
$6,685.00

Premier Textile Inc.
111 Commerce Road
Carlstadt, NJ  07072
Attn:  Jon Yang
$6,310.75

Hi-Tech Narrow Fabrics LLC
90 Dayton Avenue
Passaic, NJ  07055
Attn:  Rich Dubin
$4,212.04

Roden Leather Company
1725 Crooks Road
Royal Oaks, MI  48067
Attn:  Alan Lappin
$5,926.15

Konica Minolta
10201 Centurion Parkway North – Suite 100
Jacksonville, FL  32256
Attn:  Patricia Barnette
$5,646.98

Unishippers
P.O. Box 677
Rockaway, NJ  07866
Attn:  Mark Gaffney
$5,466.19

Tennessee Webbing Products
P.O. Box 6091
Knoxville, TN  37914
$5,095.91

Pearl Trim & Textile Co.
721 West Grange Street
Philadelphia, PA  19120
Attn:  Mark Delfiner
$4,733.99

Prime Packaging
1290 Metropolitan Avenue
Brooklyn, NY  11237
Attn:  Elias Tobal
$5,288.95

The Hartford
P.O. Box 660916
Dallas, Texas  75266
$6,439.40

Lowenstein, Sandler
65 Livingston Avenue
Roseland, New Jersey  07068
$3,909.00

Pennsew
4481 Henderson Road
Hickory, PA  15340
Attn:  Terri Fagan
$3,675.00

Lojistic
3200 Park Center Drive – Suite 500
Costa Mesa, CA  92626
$3,128.78